UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rachael N. Parks,

    **Plaintiff,**

                      Case No. 2:17–cv–128
v.                      JUDGE MICHAEL H. WATSON
                      Magistrate Judge Jolson

State of Ohio,

    **Defendant.**

## ORDER

This case is one of four habeas actions that Lotus Justice, a non-attorney, has attempted to file on behalf of Rachael N. Parks and/or Ms. Parks' minor child. The other three cases have been dismissed for lack of jurisdiction. *See C.M.B., et al. v. State of Ohio, et al.*, No. 2:16–cv–757 (ECF No. 3 (denying habeas petition for failing to satisfy the "in custody" requirement and improperly seeking to challenge a state-court judgment)); *Clayton M. Bates, et al. v. Richard M. Dewine, et al.*, No. 1:16–cv–975 (ECF Nos. 9, 18 (same)); *Rachael N. Parks v. State of Ohio*, No. 2:17–cv–54 (Doc. 11 (same)).

On March 13, 2017, the Magistrate Judge assigned to this case issued a Report and Recommendation ("R&R") recommending that the Court dismiss this lawsuit as frivolous. ECF No. 5. The Magistrate Judge warned that "federal courts have inherent power to impose appropriate sanctions, including

restrictions on future access to the judicial system, to deter future, frivolous, harassing or duplicative lawsuits." *Id.* at PAGEID ##1–2.

Ms. Justice filed objections to the R&R on March 27, 2017. Ms. Justice represents herself as "Appointed Counsel of ~rachael-n: parks et al. and ~clayton-m: bates, et al." ECF No. 9, at PAGEID # 308. As stated above, Ms. Justice is not a licensed attorney.

The Court has reviewed the R&R and Ms. Justice's objections. The Court notes, as it did in Case No. 17–cv–54, that a non-attorney such as Ms. Justice may not represent another litigant's interests in federal court. *See* 28 U.S.C. § 1654; Fed. R. Civ. P. 11(a). This Court does not recognize the sovereign citizen ideology on which Ms. Justice bases her purported representation.

For the reasons stated in the R&R, the Court **OVERRULES** the objections, ECF No. 9, **ADOPTS AND AFFIRMS** the R&R, ECF No. 5, and **DISMISSES** this case. All pending motions in this case, ECF Nos. 3, 4, 10, 11, and 12, are **DENIED AS MOOT**. The Court **DIRECTS** the Clerk to refuse any additional filings in this case from Ms. Justice, also known as Monica Greer Justice.

**IT IS SO ORDERED.**

*[signature]*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**